DORA RUBIN, Plaintiff, Respondent, *v.* DAVE BROTTER, Defendant, Appellant.

Supreme Court, Appellate Term, First Department, November 18, 1924.

Brokers — real estate broker — action by unlicensed real estate broker to recover compensation for sale of real estate — action barred under Real Property Law, art. 12-A, as added by Laws· of 1922, chap. 672.

Plaintiff's complaint, in an action to recover compensation for the sale of real estate, should be dismissed, where plaintiff has failed to procure a license as required by article 12-A of the Real Property Law, as added by Laws of 1922, chapter 672, without which plaintiff, a real estate broker, may not maintain such an action.

BIJUR, J., dissents.

APPEAL by defendant from a judgment of the Municipal Court of the city of New York, borough of Manhattan, sixth district, in favor of plaintiff.

*Jacob Kirschenbaum,* for the appellant.

*Emmanuel Lewin,* for the respondent.

*Per Curiam.* The plaintiff, an unlicensed broker, is seeking to recover compensation for selling real estate. Such an action is not maintainable. See Laws of 1922, chap. 672, adding article 12-A to the Real Property Law.

Judgment reversed, with thirty dollars costs, and complaint dismissed, with costs.

GUY and MULLEN, JJ., concur; BIJUR, J., dissents.